1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMIREZ, | ) Case No.  CV 11-7210 JST(JC) |
|                  Petitioner, | ) ~~(PROPOSED)~~ |
|        v. | ) JUDGMENT |
| L.S. MCEWEN, | ) |
|               Respondent. | ) |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED:  _____10 · 03 · 11_____

_____
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE